**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Road
Building 6
Moorestown, NJ 08057
(856) 795-2181
*By:*   Steven J. Bushinsky, Esquire
         W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE IBEW LOCAL 351 PENSION FUND; et. al., | Case No: 1:20-cv-06673-RMB-AMD |
| *Plaintiffs,* | *Civil Action* |
| v. | **DEFAULT JUDGMENT** |
| HOT WIRE ELECTRIC, LLC, | |
| *Defendant.* | |

This matter having come before the Court on Plaintiffs' Request for Default Judgment, it is on this **30th** day of **July** 2021;

**ORDERED and ADJUDGED** that the Plaintiffs recover of Defendant Hot Wire Electric, LLC the sum of **$48,055.13**, which is inclusive of interest, liquidated damages, and attorneys' fees, as provided by law and to include additional interest thereon; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

s/Renée Marie Bumb
Renee Marie Bumb, U.S.D.J.